IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| BOBBY DON MUMPHREY, #2049717 | § | |
| VS. | § | CIVIL ACTION NO. 6:18cv523 |
| DIRECTOR, TDCJ-CID | § | |

ORDER OF DISMISSAL

Petitioner Bobby Don Mumphrey, proceeding *pro se*, brings this petition for a writ of habeas corpus challenging his 2016 Gregg County conviction for driving while intoxicated, third or more. The petition was referred to United States Magistrate Judge John D. Love, who issued a Report and Recommendation concluding that the petition should be denied, and the case dismissed with prejudice. Mr. Mumphrey has filed objections.

The Report of the Magistrate Judge, which contains his proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by Mr. Mumphrey to the Report, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and Mr. Mumphrey's objections are without merit. Therefore, the court adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the court. It is accordingly

**ORDERED** that the petition for a writ of habeas corpus is **DENIED**, and the case is **DISMISSED** with prejudice. A certificate of appealability is **DENIED** *sua sponte*. All motions not previously ruled on are **DENIED**.

**SIGNED** this the 5 day of **October, 2020.**

_____
Thad Heartfield
United States District Judge